IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEDELL KINSEY, JR.,

    Petitioner,                               No. CIV S-07-1729 LEW GGH P

    vs.

A. HEDGPETH, et al.,

    Respondents.                      ORDER

_____/

    Good cause appearing, IT IS HEREBY ORDERED that respondent's application for a thirty day extension of time is granted; respondent's response is due on February 2, 2008.

DATED:  01/10/08

                                         /s/ Gregory G. Hollows
                                         _____
                                         UNITED STATES MAGISTRATE JUDGE

kin1729.eot