IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LENDELL KINSEY, JR.,

    Petitioner,                    No. CIV S-07-1729 LEW GGH P

    vs.

A. HEDGPETH, et al.,

    Respondents.          <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a reply to the respondents' answer. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's March 17, 2008 application for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a reply to the respondents' answer.

DATED: 03/28/08                              /s/ Gregory G. Hollows

                                                  GREGORY G. HOLLOWS
                                                  UNITED STATES MAGISTRATE JUDGE

GGH:bb
kins1729.111