IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LEDELL KINSEY, JR.,

       Petitioner,                No. CIV S-07-1729 JAM GGH P

       vs.

A. HEDGPETH,

       Respondent.           <u>ORDER</u>

_____/

       Petitioner has requested an extension of time to file a traverse pursuant to the court's order of March 28, 2008. Good cause appearing, IT IS HEREBY ORDERED that:

       1. Petitioner's April 28, 2008 application for an extension of time (Docket #17) is granted; and

       2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: 05/06/08

                                     /s/ Gregory G. Hollows

                                     GREGORY G. HOLLOWS
                                     UNITED STATES MAGISTRATE JUDGE

GGH:ja
kins1729.111(2)